# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

JOSHUA D. MILLER, Plaintiff

*Plaintiff(s)*
v.
RICK L. ASHTON, TODD NEUMAN and JAMES DONALD MILLER, JR., Defendants.

Civil Action No. 5:19-cv-212

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☒ Other

other: IT IS ORDERED AND ADJUDGED that Defendant James Donald Miller, Jr., is DISMISSED from the above-styled action; Plaintiff's Motion to Remand is DENIED; Defendants Ashton and Neuman's Motion to Dismiss is GRANTED; and this Civil Action is DISMISSED and STRICKEN from the active docket of this Court.

This action was:
☐ tried by jury ☐ tried by judge ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

Date: October 21, 2019

*CLERK OF COURT*
Cheryl Dean Riley

*A.O. Abraham*

*Signature of Clerk or Deputy Clerk*

FILED
OCT 21 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003